# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| WAYNE GLEASON,<br>*Plaintiff*<br>v.<br>TRI-STATE MEMORIAL HOSPITAL,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:14-CV-0238-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ **the plaintiff** *(name)* Wayne Gleason recover from the defendant *(name)* Tri-State Memorial Hospital the amount of Two Hundred Seventy Five Thousand dollars ($ 275,000.00 ), which includes prejudgment interest at the rate of 0.00 %, plus post judgment interest at the rate of 0.28 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE in an Order Confirming Notice of Acceptance of Offer of Judgment. (ECF No. 17).

Date: July 21, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen